No. 5976.—National City Bank of New York, apldo., *v.* Fossas, apltc.—C. D. San Juan. ▆▆▆▆▆▆▆ Marzo 29, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Apareciendo que el demandado admitió en el juicio todas las alegaciones de la demanda y consintió en que se dictase sentencia de acuerdo con la súplica de la misma, se niega el nuevo término que nos pide para presentar su exposición del caso en la corte inferior y se desestima su apelación por no ser apelable la sentencia, de acuerdo con el caso de *Sanders Philippi* v. *Viuda de Baigés,* 32 D.R.R. 856, y las citas que contiene.

No. 5996.—Pueblo ex rel. Mendín Sabat, aplte., *v.* Seijo, et als., querellados apldos.—C. D. Arecibo. ▆▆▆▆▆▆▆ Mayo 5, 1932.

No apareciendo que esté autorizada por la ley la apelación que se interpone en este caso, *no ha lugar* a admitirla, y en tal virtud tampoco a suspender la ejecución de la sentencia que se solicita.

No. 5837.—Seix, aplte., *v.* León Parra, apldo.—C. D. San Juan. ▆▆▆▆▆▆▆ Enero 13, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, sin la asistencia de las partes, así como la regla 59 de esta corte; examinada la documentación acompañada a dicha moción y especialmente la parte referente a las prórrogas concedidas para la preparación y radicación de una exposición del caso en la secretaría de la corte inferior, y apareciendo por los motivos expresados en las mociones solicitando tales prórrogas que la parte apelante no está gestionando con la debida diligencia la preparación de dicha exposición del caso, ni aún ha resuelto si procede o no desistir de la misma por ser según ella académica, y no habiéndose radicado hasta la fecha en la secretaría de este tribunal la transcripción de autos a pesar de haber transcurrido más de 120 días desde la fecha del escrito de apelación, se desestima la apelación interpuesta en contra de la sentencia dictada por la Corte de Distrito de San Juan en agosto 20, 1930, en el caso de epígrafe.